■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDAL K., Appellant. [858 NYS2d 645]—Appeal from an adjudication of the Supreme Court, Erie County (M. William Boller, A.J.), rendered August 3, 2007. The adjudication revoked

defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Centra, J.P., Lunn, Fahey, Peradotto and Gorski, JJ.